**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-18-00139-CV**
_____

**FLUOR ENTERPRISES, INC., Appellant**

**V.**

**KEVIN GOATS, LORI GOATS AND AFSHIN "SEAN" FARSHAD,
Appellees**

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,294**

**ORDER**

The appellant, Fluor Enterprises, Inc., filed a motion to temporarily stay the trial court proceedings pending resolution of its accelerated appeal from an order denying a motion to dismiss. *See* Tex. Civ. Prac. & Rem. Code Ann. § 150.002(f) (West 2011). When an appeal from an interlocutory order is perfected, we may make such orders as are necessary to preserve the parties' rights until disposition of the appeal. Tex. R. App. P. 29.3. After reviewing the motion and the response, we find

1

that temporary orders are necessary to preserve the parties' rights until disposition of the appeal. It is ORDERED that all further trial court proceedings in Cause Number B-198,294 are STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 29.3.

ORDER ENTERED April 18, 2018.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.